■ CHARLES L. CHEESEBORO, JR., Respondent, v NEW YORK CITY HOUSING AUTHORITY, Appellant, et al., Defendant. [864 NYS2d 919]—Order, Supreme Court, New York County (Karen S. Smith, J.), entered December 12, 2007, which denied defendant New York City Housing Authority's motion to dismiss plaintiff's complaint for failure to appear for an oral examination pursuant to General Municipal Law § 50-h, unanimously modified, on the law and the facts, to direct that plaintiff submit to a section 50-h hearing within 30 days of service of a copy of this order, and otherwise affirmed, without costs.

Denial of defendant's motion was appropriate, where plaintiff's scheduled section 50-h hearing was adjourned on consent.

We have considered defendant's remaining arguments and find them unavailing. Concur—Lippman, P.J., Andrias, Saxe, Sweeny and DeGrasse, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KESHA ROBINSON, Appellant. [865 NYS2d 588]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about December 19, 2007, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Andrias, Saxe, Sweeny and DeGrasse, JJ.